UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **CLICK4SUPPORT, LLC,** *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 15-5777 |

**PLAINTIFF FEDERAL TRADE COMMISSION'S**
**NOTICE OF FILING PROPOSED PRELIMINARY INJUNCTION**

Pursuant to Section XXVII of the *Ex Parte* Temporary Restraining Order (Doc. 7) entered in this case on October 27, 2015, and in advance of the Preliminary Injunction Hearing scheduled for November 9, 2015, Plaintiff Federal Trade Commission hereby respectfully gives notice of filing the attached proposed preliminary injunction.

Respectfully Submitted,

Dated: November 7, 2015
*/s/ Christopher D. Panek*
Fil M. de Banate, OH Bar # 86039
Christopher D. Panek, OH Bar # 80016
Nicole J. Guinto, OH Bar # 89319
Federal Trade Commission
1111 Superior Avenue East, Suite 200
Cleveland, Ohio 44114
Tel: (216) 263-3413 (de Banate)
Tel: (216) 263-3406 (Panek)
Tel: (216) 263-3435 (Guinto)
Fax: (216) 263-3426

fdebanate@ftc.gov
cpanek@ftc.gov
nguinto@ftc.gov

Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

CERTIFICATE OF SERVICE

I certify that the **PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF FILING PROPOSED PRELIMINARY INJUNCTION** was filed electronically on November 7, 2015 and is available for viewing and downloading from the ECF system. The receiver and all defendants other than iSourceUSA LLC have been served via ECF. Defendant iSourceUSA LLC has been served via U.S. mail and via electronic mail:

**Mayur Mehta**
853 Second Street Pike
Suite B107
Richboro, PA 18954
*Registered Agent for*
*Defendant iSourceUSA, LLC*