

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FEDERAL TRADE COMMISSION, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CLICK4SUPPORT, LLC, et al. | : | NO. 15-5777 |

ORDER

AND NOW, this 19th day of November, 2015, upon consideration of the Receiver's letter to the Court this day (attached hereto), which we will treat as a motion to amend the preliminary injunction order, it is hereby ORDERED that:

1. The Clerk shall DOCKET the attached letter and mark it as a "motion to amend preliminary injunction order"; and

2. If any party wishes to RESPOND to this motion, it shall do so by noon on November 24, 2015.

BY THE COURT:

Stewart Dalzell, J.