IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | |
| Plaintiffs, | Civil Action No. 2:15-CV-05777-SD |
| v. | |
| CLICK4SUPPORT, LLC, et al. | |
| Defendants, | |

## NOTICE OF JOINDER IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Defendant Niraj Patel hereby joins in Defendants Spanning Source LLC's, George Saab's and Chetan Bhikhubhai Patel's Response in Opposition to Plaintiff's Motion for Leave to File Amended Complaint for Permanent Injunction and Other Relief (Doc. No. 101), dated April 6, 2016.

Respectfully submitted,

DILWORTH PAXSON LLP

/s/ Joshua D. Wolson
Joshua D. Wolson, Esq. (PA ID No. 84998)
Jesse N. Silverman, Esq. (PA ID No. 85409)
1500 Market Street, Suite 3500E
Philadelphia, PA 19102-2101
215-575-7000 (phone)
215-575-7200 (fax)
*Attorneys for Defendant, Niraj Patel*

Dated: April 6, 2016

# CERTIFICATE OF SERVICE

I, Joshua D. Wolson, hereby certify that on April 6, 2016, a true and correct copy of the foregoing Notice of Joinder in Opposition to Plaintiffs' Motion for Leave to File Amended Complaint For Permanent Injunction And Other Equitable Relief was served via the ECF system upon the following counsel of record:

Fil M. De Banate
Christopher D. Panek
Harris A. Senuria
Nicole J. Guinto
Federal Trade Commission
1111 Superior Avenue East, Suite 200
Cleveland, OH 44114
*Attorneys for Plaintiff, Federal Trade Commission*

George Jepsen, Attorney General
Sandra G. Arenas, Assist. Attorney General
State of Connecticut
110 Sherman Street
Hartford, CT 06105
*Attorneys for Plaintiff, State of Connecticut*

Bruce R. Beemer, 1st Dep. Attorney General
Nicole R. DiTomo, Deputy Attorney General
Commonwealth of Pennsylvania
Office of Attorney General
Bureau of Consumer Protection
15th Floor, Strawberry Square
Harrisburg, PA 17120
*Attorneys for Plaintiff, Commonwealth of Pennsylvania*

Gary Green
Larry M. Keller
Samantha Green
Colleen Rusbarsky
Sidkoff Pincus & Green, P.C.
1101 Market St., Suite 2700
Philadelphia, PA 19107
*Attorneys for Defendants Spanning Source LLC, George Saab, and Chetan Bhikhubhai Patel*

Kevin Dooley Kent, Esq.
Conrad O'Brien, P.C.
1500 Market St., Suite 3900W
Philadelphia, PA 19102
*Attorneys for Receiver*

/s/ Joshua D. Wolson